## Elaine Hogmire, Appellant, v. Dr. Joseph Voita, Appellee.

### Gen. No. 42,069.

opinion filed June 16, 1943; rehearing denied June 28, 1943. Alex Meyerovitz, for appellant; Rawlins & Wright, for appellee; Don C. Wray, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."